THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDDY B. JENSEN,

        Plaintiff,

  v.

COMCAST CORPORATION,

        Defendant.

CASE NO. C19-1646-JCC

MINUTE ORDER

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's request to reconsider and reopen the case (Dkt. No. 12) and his request to expedite the case (Dkt. No. 13). On December 30, 2019, the Court dismissed the case because Plaintiff failed to respond to Defendant's motion to dismiss. (Dkt. No. 9 at 1.) Plaintiff now asks the Court to "reconsider, re-evaluate and reopen the case." (Dkt. No. 12 at 1.) "Rule 60(b)(6) permits a party to request relief from final judgment only in 'extraordinary circumstances.'" *Little v. Profiri*, 785 Fed. App'x 408, 409 (9th Cir. 2019) (quoting *Lopez v. Ryan*, 678 F.3d 1131, 1135 (9th Cir. 2012)). Plaintiff has not shown that extraordinary circumstances are present here. Plaintiff states is that Defendant submitted its motion to dismiss "under false pretenses," but he never explains why he failed to respond to Defendant's motion to dismiss or prove in a timely manner that Defendant was "trying to

deceive and lie to the Court." (*See* Dkt. No. 12 at 1–2.) The Court therefore DENIES Plaintiff's request to reconsider and reopen the case (Dkt. No. 12) and DENIES his request to expedite the case (Dkt. No. 13).

DATED this 3rd day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
